IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mehrad Asadieidivand,<br>Petitioner,<br>v.<br>Ghulam Rasool, et al.,<br>Respondents. | No. CV-25-02475-PHX-KML (JFM)<br>**ORDER** |

On August 11, 2025, the court granted a motion for discovery and ordered the parties to file supplemental briefs after the production of that discovery. (Doc. 18.) Ten days later, respondents moved for an extension of time to produce the discovery and for clarification of the scope of discovery that must be produced. (Doc. 20, 22.) Respondents do not object to the production of petitioner's A-file, but they argue the two other discovery requests present "insurmountable task[s]" that would "potentially require obtaining communications from hundreds of DHS and Department of Justice employees in multiple jurisdictions" and implicate "numerous privileges." (Doc. 22 at 3-4.)

The parties must confer to determine whether narrowing of the requests is appropriate. If they cannot agree, they may file a joint statement of discovery dispute of no more than two pages per side outlining their post-conferral positions. Because most of the supplemental briefing will address legal issues not dependent on the discovery, those briefs remain due at noon on August 25, 2025. The parties should indicate in that supplemental briefing which issues may be impacted upon obtaining additional discovery. The court will

1. review that briefing to determine whether oral argument will still be held on August 28, 2025.

**IT IS ORDERED** the Motion for Extension (Doc. 20) is **GRANTED IN PART**. Responsive discovery shall be produced no later than **September 11, 2025**.

**IT IS FURTHER ORDERED** the Motion for Clarification (Doc. 22) is **GRANTED IN PART**. The parties shall confer in good faith and attempt to reach agreement regarding the scope of the discovery requests. If they cannot agree, they shall file a joint statement of no more than two pages per side outlining their positions.

Dated this 22nd day of August, 2025.

Honorable Krissa M. Lanham
United States District Judge