**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mehrad Asadieidivand, | No. CV-25-02475-PHX-KML (JFM) |
| Petitioner, | **ORDER** |
| v. | |
| Ghulam Rasool, et al., | |
| Respondents. | |

Petitioner Mehrad Asadieidivan seeks reconsideration of the order denying bail. (Doc. 28.) The standard for reconsideration is high and not met here. L.R.Civ. 7.2(g)(1). The prior conclusion that "special circumstances" do not presently exist was not clearly erroneous.

Accordingly,

**IT IS ORDERED** the Motion for Reconsideration (Doc. 28) is **DENIED**.

Dated this 11th day of September, 2025.

Honorable Krissa M. Lanham
United States District Judge