# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mehrad Asadieidivand,<br><br>    Petitioner,<br><br>v.<br><br>Ghulam Rasool, et al.,<br><br>    Respondents. | No. CV-25-02475-PHX-KML (JFM)<br><br>**ORDER** |

Pursuant to the parties' stipulation and good cause appearing,

**IT IS ORDERED** the Stipulation (Doc. 44) is **GRANTED**. This case is **DISMISSED WITH PREJUDICE**, each party to bear its own fees and costs. The Clerk of Court shall enter judgment and close this case.

**IT IS FURTHER ORDERED** the Motion for Limited Discovery (Doc. 3) and Second Motion for Bail (Doc. 35) are **DENIED AS MOOT**.

**IT IS FURTHER ORDERED** petitioner shall be released from custody on Alternatives to Detention (ATD) with GPS monitoring. Additional terms of release will be set by Immigration and Customs Enforcement (ICE) including scheduled check-ins with a deportation officer.

/
/
/
/

**IT IS FURTHER ORDERED** petitioner remains bound by the confidentiality provisions as set forth in the Protective Order (Doc. 42). In addition, if petitioner is approached by the media or press regarding his release, he is not to discuss the circumstances of his release other than to advise he has been released pending his asylum petition.

Dated this 21st day of November, 2025.

Honorable Krissa M. Lanham
United States District Judge