# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mehrad Asadieidivand,<br><br>　　　　Petitioner,<br><br>v.<br><br>Ghulam Rasool, et al.,<br><br>　　　　Respondents. | **NO. CV-25-02475-PHX-KML (JFM)**<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that, pursuant to the Court's Order filed November 21, 2025 and the parties' Joint Stipulation of Dismissal, Petitioner's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 is hereby Dismissed with Prejudice.

　　　　　　　　　　　　　　　　　　Debra D. Lucas
　　　　　　　　　　　　　　　　　　District Court Executive/Clerk of Court

November 21, 2025

　　　　　　　　　　　　　　　　　　s/ A Roybal
　　　　　　　　　　　　　　　By　 Deputy Clerk